IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANDY TRAINER, on behalf of
herself and all others similarly situated,

       Plaintiff,

v.                                                                                                                                                     CV 18-0908 MV/JHR

STATE OF NEW MEXICO
CORRECTIONS DEPARTMENT,

       Defendant.

# **ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter comes before the Court on Magistrate Judge Jerry H. Ritter's Proposed Findings and Recommended Disposition (*Doc. 25*), filed May 2, 2019. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review.  To-date, neither party has filed objections.

Wherefore,

   **IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 25*) is **ADOPTED**; and

2.     Defendant's Motion to set Aside Clerk's Entry of Default and Supporting Memorandum Brief (*Doc. 8*) is **granted**.



                                            UNITED STATES DISTRICT JUDGE